IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>F. NAVARROW, et al.,<br><br>            Defendants. | No.  2:25-cv-0939-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motion for a settlement conference.  See ECF Nos. 7 and 9.  Plaintiff is advised that, once an answer is filed in this action, the Court will automatically refer the matter to the Court's early Alternative Dispute Resolution Program for a judicially supervised settlement conference.  Accordingly, Plaintiff's current motions will be denied as unnecessary.

IT IS SO ORDERED.

Dated:  April 24, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1