IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BROWN, | No. 2:25-cv-0939-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| F. NAVARRO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's motions to update the docket to correct the spelling of Defendant's Navarro's last name, see ECF Nos. 27, 28, and 31; (2) Plaintiff's motions for referral of this matter to Alternative Dispute Resolution (ADR), see ECF Nos. 24, and 32; and (3) Plaintiff's motion requesting compensatory damages and other relief, see ECF No. 29.

An answer has been filed in this action and the case is now at issue. By separate order, the Court will refer the matter to the Court's post-screening earl ADR Program and stay the action for 120 days. Plaintiff's motions for referral to ADR will, therefore, be granted.

/ / /

/ / /

/ / /

1

Plaintiff also seeks an order directing the Clerk of the Court to update the docket to reflect the correct spelling of Defendant Navarro's name (erroneously sued as "Navarrow"). This request will also be granted.

Finally, Plaintiff's motion requesting compensatory damages and other relief will be denied as unnecessary because the operative complaint in this case already contains these requests for relief on the merits.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motions for referral of this case to ADR, ECF Nos. 24, and 32, are GRANTED.

2. Plaintiff's motions to correct the spelling of Defendant Navarro's last name, ECF Nos. 27, 28, and 31, are GRANTED.

3. The Clerk of the Court is directed to update the docket to change "Navarrow" to "Navarro."

4. Plaintiff's motion requesting compensatory damages and other relief, ECF No. 29, is DENIED as unnecessary.

**Dated: September 2, 2025**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE