IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK BROWN,

Plaintiff,

v.

F. NAVARRO, et al.,

Defendants.

Case No. 2:25-cv-0939-DMC-P

**ORDER**

Having considered Defendants' motion for an extension of time to file their motion to opt out of Early ADR, ECF No. 36, and for good cause appearing, the Court **GRANTS** the motion.

**IT IS HEREBY ORDERED** that the deadline for Defendants to file their motion to opt out of Early ADR is extended 33 days, up to and including November 19, 2025.

**IT IS SO ORDERED**.

Dated:  October 22, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Order Granting Defs.' *Nunc Pro Tunc* Req. Admin. Relief Extend Deadline Opt Out of Early ADR (Case No. 2:25-cv-00939-DMC (PC))]